

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger with
Lawyers Title Insurance Corporation, Celine Hinojosa, Barclays Capital Real Estate Inc., d/b/a
HOMEQ, as Servicing Agent for Duetsche Bank National Trust Company,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## O R D E R

The joint motion of appellees Deutsche Bank National Trust Company and Fidelity National Title Insurance Company for an extension of time to file their appellees' brief is granted. We order the brief due December 9, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court